**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| BARBARA BAUMAN; GREGORY GRIECO; JOSEFINA NUNEZ; GABRIELE NUNEZ; MIRIAM NUNEZ; SILVIA NUNEZ; EMILIO GUILLERMO PESCE; MIRTA HAYDEE ARENAS; GRACIELA GIGENA; GUILLERMO ALBERTO GIGENA, NURIA GIGENA; AMELIA SCHIAFFO; ELBA LEICHNER; ANUNCIACION SPALTRO DE BELMONTE; HECTOR RATTO; EDUARDO OLASIREGUI; RICARDO MARTIN HOFFMAN; EDUARDO ESTIVILLE; ALFREDO MANUEL MARTIN; JUAN JOSE MARTIN; JOSE BARREIRO; ALEJANDRO DAER, *Plaintiffs-Appellants*, <br><br> v. <br><br> DAIMLERCHRYSLER CORPORATION and DAIMLERCHRYSLER AG, *Defendants-Appellees*. | No. 07-15386 <br><br> D.C. No. CV-04-00194-RMW <br><br><br> ORDER |

Filed February 28, 2014

On Remand From The United States Supreme Court

Before: Mary M. Schroeder, Dorothy W. Nelson, and
Stephen Reinhardt, Circuit Judges.

**ORDER**

In accordance with the Supreme Court's opinion of
January 14, 2014, as well as the resulting judgment, the
district court's order granting defendant's motion to dismiss
is **AFFIRMED**.